UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MCNAIR,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) **JUDGMENT**<br>) No. 4:13-CV-155-F<br>) |
| N.C. GENERAL ASSEMBLY,<br>　　　　Defendant. | )<br>) |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that after a thorough *de novo* review, the court ADOPTS the M&R to the extent that it finds that Plaintiff has failed to state a claim against Defendant, and Plaintiff's Complaint is DISMISSED. Any other pending motions are DENIED as moot.

**This Judgment Filed and Entered on October 17, 2013, and Copies To:**

Anthony McNair (1228 Hill Street, Rocky Mount, NC 27801)

| | |
|---|---|
| DATE<br>October 17, 2013 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |